IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NOEL VALDIVIA, SR.,

    Petitioner,                    No. CIV S-07-0436 GEB CMK P

    vs.

ROBERT AYERS, JR., Warden, et al.,

    Respondents.                <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not filed an in forma pauperis affidavit or paid the required filing fee ($5.00).

        The application attacks the denial of parole issued by the Board of Prison Terms. Petitioner is incarcerated in San Quentin State Prison and was denied parole in Marin County. The incarceration and denial both occurred in an area embraced by the United States District Court for the Northern District of California.

        Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners. Because petitioner challenges an event which occurred in the district of his confinement, and all the witnesses and documents relevant to his case are located there, it is in

1

the best interest of judicial economy to transfer this matter to the Northern District of California.

Accordingly, IT IS HEREBY ORDERED this matter is transferred to the United States District Court for the Northern District of California. 28 U.S.C. § 2241(d); 28 U.S.C. § 1406(a).

DATED: March 22, 2007.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE